

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  SIGAL CHATTAH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 8264
3  DANIEL J. COWHIG
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   daniel.cowhig@usdoj.gov
6  *Attorneys for the United States of America*

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 10 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

7       **UNITED STATES DISTRICT COURT**
            **DISTRICT OF NEVADA**
8

9  UNITED STATES OF AMERICA,            **SEALED**
                                        **CRIMINAL INDICTMENT**
10              Plaintiff,
                                        Case No. 2:25-cr-*0171-JAD-NJK*
11      vs.

12  JAHOVA BELL,                        **VIOLATION:**

13              Defendant.              18 U.S.C. § 922(n) and 924(a)(1)(D) –
                                        Illegal Receipt of a Firearm by a Person
14                                      Under Indictment

15

16  **THE GRAND JURY CHARGES THAT:**

17                        **COUNT ONE**
          Illegal Receipt of a Firearm by a Person Under Indictment
18               18 U.S.C. §§ 922(n) and 924(a)(1)(D)

19      On or about May 31, 2025, in the State and Federal District of Nevada,

20                        **JAHOVA BELL,**

21  defendant herein, who was then under indictment for a crime punishable by imprisonment

22  for a term exceeding one year, that is: Trafficking in Firearms, in violation of 18 U.S.C.

23  § 933(a)(2), in the United States District Court of the District of Nevada in Case No.

24

                                    1

2:24-cr-95-JAD-DJA, knowingly received a firearm, that is: a Glock, Inc. model G22 .40

caliber semiautomatic pistol bearing serial number FEX296, said firearm having been

shipped and transported in interstate or foreign commerce, all in violation of Title 18,

United States Code, Sections 922(n) and 924(a)(1)(D).

**DATED:** this 10th day of June 2025.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

SIGAL CHATTAH
United States Attorney

DANIEL J. COWHIG
Assistant United States Attorney

2