```
         FILED          RECEIVED
         ENTERED        SERVED ON
                        COUNSEL/PARTIES OF RECORD

              JUN 1 0 2025

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:                             DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    PLAINTIFF,

v.

JAHOVA BELL,

    DEFENDANT(S)

Case No.: 2:25-cr-0171-JAD-NJK

**SEALING ORDER**

Based on the government's oral motion and the authority provided by Federal Rule of Criminal Procedure 6(e)(4) and Local Rule IA 10-5, THE COURT HEREBY FINDS AND ORDERS that the indictment in this case and all related documents must be kept under seal until further order of the court.

IT IS FURTHER ORDERED THAT the Clerk's Office for the United States District Court for the District of Nevada must release the sealed indictment to the CJA Panel Resource Attorney, who may use the information in the sealed indictment for the sole purpose of securing defense counsel in a timely manner.

IT IS FURTHER ORDERED THAT, on the day of the arrest of the first defendant in this case, the CJA Resource Attorney may provide defense counsel a copy of the sealed indictment.

Dated: June 10, 2025

_____
UNITED STATES MAGISTRATE JUDGE