RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Jahova Bell*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JAHOVA BELL,<br><br>           Defendant. | CASE NOS: **2:24-cr-00075-JAD-DJA-3**<br>**2:25-cr-00171-JAD-NJK**<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED by JAHOVA BELL, by and through his attorney, RACHAEL E. STEWART, ESQ., and the United States of America, by and through SIGAL CHATTAH, First Assistant United States Attorney, and DANIEL J. COWHIG, Assistant United States Attorney, that the sentencing hearing scheduled for April 6, 2026, be continued to a date and time that is convenient for the Court near the end of July, 2026.

The request for a continuance is based upon the following:

1.    Defense counsel for Mr. Bell is scheduled to be in a state court trial on April 6, 2026. The case name is State of Nevada v. Brown, and the Eighth Judicial District Court case number is C-23-378967-1.

2.    The defense team for Mr. Bell is still in the process of working on mitigation for his sentencing hearing.

1

3.      The Government has no objection to the continuance. The parties are requesting a date near the end of July, 2026, after conferring on potentially available dates.

4.      Mr. Bell is in custody, and he agrees to the continuance.

5.      The additional time requested is not for the purposes of delay.

6.      This is the second stipulation to continue Mr. Bell's sentencing hearing.

DATED: March 24, 2026

Respectfully submitted,

/s/ Rachael E. Stewart             /s/ Daniel J. Cowhig
Rachael E. Stewart, Esq.           Daniel J. Cowhig
400 S. 4th Street, Suite 500       Assistant United States Attorney
Las Vegas, Nevada 89101            501 Las Vegas Boulevard, Suite 1100
Counsel for Jahova Bell            Las Vegas, Nevada 89101
                                   Counsel for the United States of America

### ORDER

IT IS HEREBY ORDERED, based upon the filing by the parties and the record in this case and good cause appearing therefor, that the sentencing hearing currently scheduled for April 6, 2026, at the hour of 10:00 a.m. be vacated and continued to the 30th day of July, 2026, at the hour of 11:00 a.m. in Courtroom 6D.

IT IS SO ORDERED.

DATED this 25th day of March, 2026.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE