RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Jahova Bell*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>JAHOVA BELL,<br>Defendant. | CASE NOS: **2:24-cr-00075-JAD-DJA-3**<br>**2:25-cr-00171-JAD-NJK**<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED by JAHOVA BELL, by and through his attorney, RACHAEL E. STEWART, ESQ., and the United States of America, by and through SIGAL CHATTAH, First Assistant United States Attorney, and DANIEL J. COWHIG, Assistant United States Attorney, that the sentencing hearing scheduled for September 14, 2026, be continued for a period of thirty (30) days to a date and time that is convenient for the Court.

The request for a continuance is based upon the following:

1. The defense team is compiling the final mitigation records for Mr. Bell's sentencing. Defense Counsel has been in contact with the United States Probation Officer assigned to the case, and we believe it is crucial to include Mr. Bell's medical information in the PSR. While Counsel anticipated the records production sooner, they are still arriving. Consequently, we request an additional continuance to ensure Mr. Bell's medical information is included in the PSR.

2. The Government has no objection to the continuance.

3. Mr. Bell is in custody, and he agrees to the continuance.

4. The additional time requested is not for the purposes of delay.

5. This is the fourth stipulation to continue Mr. Bell's sentencing hearing.

DATED: September 2, 2026

Respectfully submitted,

*/s/ Rachael E. Stewart*
Rachael E. Stewart, Esq.
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
*Counsel for Jahova Bell*

*/s/ Daniel J. Cowhig*
Daniel J. Cowhig
Assistant United States Attorney
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
*Counsel for the United States of America*

**ORDER**

IT IS HEREBY ORDERED, based upon the filing by the parties and the record in this case and good cause appearing therefor, that the sentencing hearing currently scheduled for September 14, 2026, at the hour of 10:00 a.m. be vacated and continued to the 19th day of October, 2026, at the hour of 1:30 p.m. in Courtroom 6D.

IT IS SO ORDERED.

DATED this 3rd day of September, 2026.

HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE